

**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Dinsmore Tuttle*

**Dinsmore Tuttle**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2012cv338**
**CO Weld County District Court 19th JD**
**Filing Date: Jun  5 2012  7:52AM MDT**
**Filing ID: 44622674**

DISTRICT COURT
County of Weld, State of Colorado
901 9th Avenue
Greeley, CO  80631
720-887-2100

**JASON GALLEGOS and JENNIFFER YARBROUGH,**
for themselves and
on behalf of CYRUS GALLEGOS, a minor,
   Plaintiffs,

v.

**CITY OF FT. LUPTON,**
and **FT. LUPTON POLICE DEPARTMENT,**
and **Sergeant Kevin Halloran,**
and **Detective Crystal Schwartz,**
and **Officer Paul Stipe,**
and **WELD COUNTY SCHOOL DISTRICT RE-8,**
and **Mark Payler, Superintendent of Schools,**
and **John Hoag, Assistant Superintendent of Schools,**
and **Nativity Miller, Butler Elementary School Principal,**
and **Stephanie Anderson, Butler Elementary Assistant Principal,**
and **Mark Gonzalez, Expelled Student Services Coordinator,**
and **the entire Weld County Re-8 Board of Education as individuals, namely**
  Cris Howard, Board of Education President,
  Beth McWilliams, Board of Education Vice President,
  Darline Long, Board of Education Secretary,
  Janelle Perez, Board of Education Treasurer,
  Carol McDermott, Board of Education Director,
  SuzAnn McCrumb, Board of Education Director,
  Dawn Koshio Gillespie, Board of Education Director,
   Defendants.

**COURT USE ONLY**

Case Number:
**2012 CV 338**

Div.:       Ctrm:

WILKES LAW FIRM, LLC
Pat Wilkes, Attorney at Law
Counsel for Plaintiffs
1116 Fletcher Drive
Erie, CO  80516
Phone Number:  303-828-4669
E-mail:  pjwilkes@comcast.net
FAX Number: 303-828-46690        Atty. Reg.#:  32353

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

THIS MATTER comes before the Court on the Motion to Amend the Complaint and the attached Amended Complaint.

IT IS HEREBY ORDERED

DATED this ____ day of _____, 2012.

BY THE COURT:

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---|---|
| **Court:** | CO Weld County District Court 19th JD |
| **Judge:** | Dinsmore Tuttle |
| **File & Serve Transaction ID:** | 44609734 |
| **Current Date:** | Jun 05, 2012 |
| **Case Number:** | 2012cv338 |
| **Case Name:** | Gallegos vs. City of Ft. Lupton |

**Court Authorizer Comments:**

This being the first motion to amend, and as no responsive pleading has been filed, the motion is granted. C.R.C.P. 15(a).

**/s/ Judge Dinsmore Tuttle**