

**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Dinsmore Tuttle*

**Dinsmore Tuttle**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2012cv338**
**CO Weld County District Court 19th JD**
**Filing Date: Jun  5 2012  7:52AM MDT**
**Filing ID: 44622674**

DISTRICT COURT
County of Weld, State of Colorado
901 9th Avenue
Greeley, CO  80631
720-887-2100

**JASON GALLEGOS and JENNIFFER YARBROUGH,**
for themselves and
on behalf of CYRUS GALLEGOS, a minor,
  Plaintiffs,

v.

**CITY OF FT. LUPTON,**
and **FT. LUPTON POLICE DEPARTMENT,**
and **Sergeant Kevin Halloran,**
and **Detective Crystal Schwartz,**
and **Officer Paul Stipe,**
and **WELD COUNTY SCHOOL DISTRICT RE-8,**
and **Mark Payler, Superintendent of Schools,**
and **John Hoag, Assistant Superintendent of Schools,**
and **Nativity Miller, Butler Elementary School Principal,**
and **Stephanie Anderson, Butler Elementary Assistant
   Principal,**
and **Mark Gonzalez, Expelled Student Services
   Coordinator,**
and **the entire Weld County Re-8 Board of Education as
individuals, namely**
  **Cris Howard, Board of Education President,**
  **Beth McWilliams, Board of Education Vice President,**
  **Darline Long, Board of Education Secretary,**
  **Janelle Perez, Board of Education Treasurer,**
  **Carol McDermott, Board of Education Director,**
  **SuzAnn McCrumb, Board of Education Director,**
  **Dawn Koshio Gillespie, Board of Education Director,**
    Defendants.

**COURT USE ONLY**

Case Number:
**2012 CV 338**

Div.:       Ctrm:

WILKES LAW FIRM, LLC
Pat Wilkes, Attorney at Law
Counsel for Plaintiffs
1116 Fletcher Drive
Erie, CO  80516
Phone Number:  303-828-4669
E-mail:  pjwilkes@comcast.net
FAX Number: 303-828-46690        Atty. Reg.#:  32353

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

THIS MATTER comes before the Court on the Motion to Amend the Complaint and the attached Amended Complaint.

IT IS HEREBY ORDERED

DATED this ____ day of _____, 2012.

BY THE COURT:

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---:|:---|
| **Court:** | CO Weld County District Court 19th JD |
| **Judge:** | Dinsmore Tuttle |
| **File & Serve Transaction ID:** | 44609734 |
| **Current Date:** | Jun 05, 2012 |
| **Case Number:** | 2012cv338 |
| **Case Name:** | Gallegos vs. City of Ft. Lupton |

**Court Authorizer Comments:**

This being the first motion to amend, and as no responsive pleading has been filed, the motion is granted. C.R.C.P. 15(a).

**/s/ Judge Dinsmore Tuttle**