IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01594-MSK-MEH

JASON GALLEGOS, and
JENNIFER YARBROUGH, for themselves and on behalf of Cyrus Gallegos,

    Plaintiffs,

v.

CITY OF FORT LUPTON,
FORT LUPTON POLICE DEPARTMENT,
SERGEANT KEVIN HALLORAN,
DETECTIVE CRYSTAL SCHWARTZ,
OFFICER PAUL STIPE,
MARK PAYLER, Superintendent of Schools,
JOHN HOAG, Assistant Superintendent of Schools,
NATIVITY MILLER, Butler Elementary School Principal,
STEPHANIE ANDERSON, Butler Elementary Assistant Principal,
MARK GONZALEZ, Expelled Student Services Coordinator,
THE ENTIRE WELD COUNTY RE-8 BOARD OF EDUCATION, as individuals, namely
CRIS HOWARD, Board of Education President,
BETH MCWILLIAMS, Board of Education Vice President,
DARLINE LONG, Board of Education Secretary,
JANELLE PEREZ, Board of Education Treasurer,
CAROL MCDERMOTT, Board of Education Director,
SUZANN MCCRUMB, Board of Education Director,
DAWN KOSHIO GILLESPIE, Board of Education Director, and
WELD 8 SCHOOL DISTRICT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2012.**

    For the same reasons set forth in this Court's August 29, 2012 order [docket #30], the Fort Lupton Defendants' Unopposed Motion to Stay All Discovery Pending Qualified Immunity [filed August 30, 2012; docket #31] is **granted**. Discovery as to the Fort Lupton Defendants is temporarily stayed pending resolution of their motion to dismiss. The parties shall file a status report within *three business days* of receiving a ruling on the motion to dismiss, indicating what scheduling, if any, is needed.